## McMAHAN v. JOHNSTON.

### No. 11659.

Circuit Court of Appeals, Ninth Circuit.

Oct. 7, 1947.

Dorsey McMahan, in pro. per.

Frank J. Hennessy, U. S. Atty., and Joseph Karesh, Asst. U. S. Atty., both of San Francisco, Cal., for appellee.

Before MATHEWS, BONE and ORR, Circuit Judges.

PER CURIAM.

This purports to be an appeal from an order discharging a writ of mandamus in a proceeding by Dorsey McMahan, an inmate of the United States penitentiary at Alcatraz, California,* against James A. Johnston, warden thereof, No. 27,071-R on the District Court's docket. There was no such order. The purported appeal is dismissed.

* See Ex parte McMahan, 323 U.S. 675, 65 S.Ct. 125, 89 L.Ed. 548; Id., 324 U.S. 828, 65 S.Ct. 862, 89 L.Ed. 1396; Mc Mahan v. Bennett, 326 U.S. 697, 66 S.Ct. 481, 90 L.Ed. 411; McMahan v. Johnston, 326 U.S. 783, 66 S.Ct. 332, 90 L. Ed. 475; McMahan v. Clark, 327 U.S. 766, 66 S.Ct. 699, 90 L.Ed. 996; McMahan v. United States, 327 U.S. 769, 66 S.Ct. 895, 90 L.Ed. 999; McMahan v. Hulen, 327 U.S. 770, 66 S.Ct. 955, 90 L.Ed. 1000; McMahan v. Bennett, 327 U.S. 770, 66 S.Ct. 955, 90 L.Ed. 1000; Id., 327 U.S. 815, 66 S.Ct. 675, 90 L.Ed. 1038; Id., 328 U.S. 878, 66 S.Ct. 1116, 90 L.Ed. 1646; McMahan v. Clark, 329 U.S. 672, 67 S.Ct. 39; Ex parte Mc Mahan, 329 U.S. 681, 67 S.Ct. 181; Id., 329 U.S. 690, 67 S.Ct. 485; McMahan v. United States, 8 Cir., 145 F.2d 695; McMahan v. Hunter, 10 Cir., 150 F.2d 498; McMahan v. United States, 8 Cir., 153 F.2d 301; Id., 8 Cir., 156 F.2d 679; McMahan v. Johnston, 9 Cir., 157 F.2d 915; Id., 9 Cir., 163 F.2d 428.